## Case No. 11,900.

### ROBERTS v. DODGE.

[Cited in Roberts v. Buck, Case No. 11,897. Nowhere reported; opinion not now accessible.]